UNITED STATES of America,
Plaintiff–Appellee,

v.

Dennis SANDERS, a.k.a. Nathaniel Sanders, a.k.a. Dennis S. Sanders, Defendant–Appellant.

No. 07–13056
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 31, 2008.

Gwendolyn L. Spivey, Chet Kaufman, Randolph P. Murrell, Federal Defender Office, Tallahassee, FL, for Defendant–Appellant.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Dennis Sanders in this appeal, has moved to withdraw from further represen-tation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sanders's sentence is **AFFIRMED.**